DAVID H. GROSS, Respondent, v. TREBUHS REALTY Co., INC., and LEE SHUBERT, Appellants.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. The bill of particulars to be served within twenty days from service of order. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LILLIAN SHAW, Respondent, v. BRELLER REALTY CORPORATION, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. The further bill of particulars to be served within ten days from service of order. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

RALPH STOLA and ALBERT STOLA, Plaintiffs, v. CAPACE REALTY CORPORATION, Defendant, Appellant. TULLY GOLDREYER and BENEDICT GOLDREYER, Respondents, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of FLORA MAY GLEN BUCCINI, as Executrix, etc., of ALBERTO BUCCINI, Deceased, Respondent, against PATERNO CONSTRUCTION COMPANY, Appellant.*— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Dowling, P. J. Finch, McAvoy, Martin and O'Malley, JJ.

DREIER IRON WORKS, INC., v. ESPLANADE GARDENS, INC., Impleaded with JOSEPH H. SAMUELS.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ABRAHAM DREIER v. ESPLANADE GARDENS, INC., Impleaded with JOSEPH H. SAMUELS.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JULIA CONKLIN v. JOHN W. DRAPER.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ABING REALTY CORPORATION v. MORRIS L. KAPLAN and Others.— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

FRANK FORMAN v. RALPH NEWMARK.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOHN S. DEBOURG.— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MYER BOTTLING Co., INC., v. REFINED SYRUPS, INC.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ARTLOOM REALTY Co., INC., v. WILLIAM F. LAMORTE and Others, Impleaded with MAURICE LEFKORT and LEFKORT REALTY CORPORATION.— Motion dismissed, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

---

* Revd., 253 N. Y. 256.